■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL DAVIS, Appellant. [59 NYS3d 901]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 24, 2007 (*People v Davis*, 39 AD3d 873 [2007]), affirming a judgment of the County Court, Suffolk County, rendered October 28, 2003.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Chambers, J.P., Roman, Cohen and Hinds-Radix, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDMIR GEGA, Appellant. [59 NYS3d 903]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 22, 2010 (*People v Gega*, 74 AD3d 1229 [2010]), modifying a judgment of the Supreme Court, Westchester County, rendered May 16, 2006.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Rivera, J.P., Balkin, Leventhal and Hall, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD GIBSON, Appellant. [59 NYS3d 903]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 1, 2017 (*People v Gibson*, 147 AD3d 779 [2017]), affirming a judgment of the Supreme Court, Nassau County, rendered May 15, 2015.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Chambers, J.P., Hall, Maltese and Barros, JJ., concur.